UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DaJUAN KEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 15 cv 2151 ) ) Hon. Judge Sue E. Myerscough |
| MOST, et al., | ) Magistrate Judge Tom Schanzle-Haskins ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 30(d)**

NOW COMES Defendants, CO JEREMY MOST, CO MATTHEW MEEHAN, CO ADAM AHRAMOVICH, CO MATTHEW ROBERTS, and CO PERRY DENAULT, by and through one of their attorneys, YORDANA WYSOCKI of HERVAS, CONDON & BERSANI, P.C., and, pursuant to Rule 30(d), move this Honorable Court for entry of an Order sanctioning Plaintiff.

In support of said motion, Defendants state as follows:

1. Plaintiff, proceeding *pro se*, filed a Complaint pursuant to 42 U.S.C. § 1983 alleging that Defendants used excessive force against him during his confinement at Jerome Combs Detention Center ("JCDC").

2. On June 2, 2016, defense counsel, Yordana Wysocki, took Plaintiff's deposition at his current place of confinement, the Metropolitan Correctional Center in Chicago, where he is awaiting sentencing following his conviction of transportation of a minor with the intent that the minor engage in prostitution (18 U.S.C. §2423(a)). He was previously convicted of sexual assault in Wisconsin (Ex. A, Pl. Dep. Transcript, dated 9/2/2015, p. 12 from *Key v. Juergens, et al.*, No. 14-cv-2279).

3.  During the deposition, Plaintiff removed his erect penis from his pants and began masturbating before Ms. Wysocki and the court reporter (Ex. B, Wysocki Aff.; Ex. C, Cosentino Written Statement, dated 6/7/2016).

4.  Ms. Wysocki immediately and abruptly ended the deposition even though she had further questions (Ex. D, Pl. Dep. Transcript Excerpt, dated 6/2/2016). Correctional staff were called in and escorted Plaintiff out.

5.  Rule 30(d) allows this court to impose an appropriate sanction on any person who "impedes, delays, or frustrates the fair examination of the deponent." Sanctions have been imposed against a deponent for abusive and other misconduct. *See, e.g., GMAC Bank v. HTFC Corp.*, 248 F.R.D. 182, 193-94 (E.D. Pa. 2008).

6.  In this case, sanctions are clearly appropriate. Plaintiff's behavior during his deposition was threatening, vulgar, and obscene. Lewd and hostile behavior during a deposition should never be condoned, and the sanctions imposed should reflect the severity of the misconduct. *See, e.g., Charter House Ins. Brokers, Ltd. v. New Hampshire Ins. Co.*, 667 F.2d 600, 605 (7th Cir. 1981) (nothing that the sanction should be tailored to the severity of the misconduct and that "[a] Rule 37 dismissal requires a showing of 'willfulness, bad faith, or fault' by the dismissed party"); *see also, De Manez v. Bridgestone Firestone N. Am. Tire, LLC*, 533 F.3d 578, 585 (7th Cir. 2008) (federal courts have inherent power to craft appropriate sanctions for bad-faith conduct).

7.  Defendants request that this case be dismissed. This is not Plaintiff's first discovery violation. On April 12, 2016, Defendants sought this Court's intervention to compel Plaintiff to answer the Defendants' written discovery requests (d/e 23). After filing the motion, Defendants received Plaintiff's discovery responses, several months late. Defendants then

proceeded to Plaintiff's deposition, where he obstructed and hindered the discovery process with his inappropriate behavior. The proper sanction is dismissal of his suit.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order (1) dismissing Plaintiff's case against them; and (2) referring this matter to the United States Attorney for criminal contempt.

Respectfully submitted,

s/ Yordana Wysocki
YORDANA WYSOCKI, ARDC No. 06290678
MICHAEL W. CONDON, ARDC No. 06192071
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774     F: 630-773-4851
ywysocki@hcbattorneys.com
mcondon@hcbattorneys.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DaJUAN KEY, )<br>)<br>Plaintiff, )<br>) No. 15 cv 2151<br>v. )<br>) Hon. Judge Sue E. Myerscough<br>MOST, et al., ) Magistrate Judge Tom Schanzle-Haskins<br>)<br>Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2016, I electronically filed the foregoing **Defendants' Motion for Sanctions Pursuant to Rule 30(d)** with the Clerk of the U.S. District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system, which will send notification to the CM/ECF participants; and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following non-CM/ECF participant by U.S. Certified Mail:

**TO:** DaJuan Key, #43357-424
MCC Chicago
Metropolitan Correctional Center
Inmate Legal Mail
71 West Van Buren Street
Chicago, IL 60605
*Pro se* Plaintiff

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on June 20, 2016, with the proper postage prepaid.

s/ Yordana Wysocki
YORDANA WYSOCKI, ARDC No. 06290678
MICHAEL W. CONDON, ARDC No. 06192071
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774    F: 630-773-4851
ywysocki@hcbattorneys.com
mcondon@hcbattorneys.com