E-FILED
Tuesday, 12 July, 2016 04:02:00 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| DaJuan Key,<br>Plaintiff, | )<br>)<br>) | |
| vs. | ) | Case Number: 15-2151 |
| C/O Meehan; C/O Abramovich; C/O Roberts; C/O Denault; Timothy Bukowski and Chad Kolitwenzew,<br>Defendant. | )<br>)<br>) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED pursuant to the Case Management Order entered by the Honorable Sue E. Myerscough on July 12, 2016, this case is DISMISSED in its entirety with prejudice. -----------------------------------------------------------------------**

**Dated: July 12, 2016**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court